## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO

JENNIFER FRY,

        Plaintiff,

                                          Case No. 3:10-cv-0708

v.

AMERICAN CORADIUS
INTERNATIONAL,

        Defendant.

_____/

### NOTICE OF PENDING SETTLEMENT

    Defendant, American Coradius International, by and through its undersigned counsel, hereby submits this Notice of Pending Settlement and states that the parties have reached a verbal settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

                                      Respectfully submitted,

                                /s/ Franklin M. Malemud – e-signed
                            Franklin C. Malemud, Esq. (OH # 0068356)
                            Reminger Co., L.P.A.
                            1400 Midland Building
                            101 West Prospect Avenue
                            Cleveland, OH 44115-1093
                            Telephone: (216) 430-2225
                            Facsimile: (216) 430-2284
                            fmalemud@reminger.com

                            Attorney for Defendant,
                            American Coradius International

**CERTIFICATE OF SERVICE**

I certify that on this 28th day of April 2010, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including Plaintiff's counsel as described below. Parties may access this filing through the Court's system.

>Peter Cozmyk, Esq.
>Krohn & Moss, Ltd.
>3 Summit Park Drive, Suite 140
>Independence, OH  44131

>/s/ Franklin M. Malemud – e-signed
>Attorney

\\sfnfs02\prolawdocs\8928\8928-25854\Fry, Jennifer\105925.doc