IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Jennifer Fry,                                                    Case No. 3:10 CV 708

            Plaintiff,                          DISMISSAL ORDER

    -vs-                                                        JUDGE JACK ZOUHARY

American Coradius International,

            Defendant.

Counsel represent that this case has resolved (Doc. No. 4).

Therefore, the docket is marked: "Settled and dismissed without prejudice. Each party is to bear its own costs."

Further, any subsequent Dismissal filed within thirty (30) days setting forth specific settlement terms and conditions shall supersede this Order. The Court also retains jurisdiction to enforce the terms of the settlement.

IT IS SO ORDERED.

                                                        s/ *Jack Zouhary*
                                                        JACK ZOUHARY
                                                        U. S. DISTRICT JUDGE

                                                        May 5, 2010