IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| JENNIFER FRY | ) | |
| 1495 Pinewood Boulevard | ) | |
| Fremont, OH 43420 | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:10-cv-00708 |
| v. | ) | |
| | ) | VOLUNTARY DISMISSAL |
| AMERICAN CORADIUS | ) | |
| INTERNATIONAL | ) | |
| 4500 Cherry Creek Drive | ) | |
| Suite 700 – 710 | ) | |
| Denver, CO 80246 | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF VOLUNTARY DISMISSAL

JENNIFER FRY (Plaintiff), by her attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, AMERICAN CORADIUS INTERNATIONAL (Defendant), in this case. Each party to bear their own fees and costs.

DATED: May 14, 2010                              RESPECTFULLY SUBMITTED,

Ohio Registration No. 0078862          By:___/s/ Peter Cozmyk_____
Krohn & Moss, Ltd.                                    Peter Cozmyk,
3 Summit Park Drive                                 Attorney for Plaintiff
Suite 140
Independence, Ohio 44131
phone: (323) 988-2400 ext. 213
fax: (866) 425-3459
e-mail: pcozmyk@consumerlawcenter.com